UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:22-cr-407-SDM-JSS

LESTER BEST and
ANDREA MITCHELL

**UNITED STATES' THIRD NOTICE OF FILING DECLARATIONS
OF AUTHENTICATION OF BUSINESS RECORDS**

The United States of America, by and through the undersigned, hereby files

the attached Declarations of Authentication of Business Records concerning records

of the below listed entity.

| Entity | Exhibit | Bates Stamp Range |
|--------|---------|-------------------|
| Hillsborough Community College | A | HCC-00375 HCC-00379 |

In filing this notice and attached declarations, and serving the same upon the

defendants, the government hereby provides notice that the government may offer

one or more of the records identified in the declarations into evidence at trial in this

case pursuant to Federal Rules of Evidence 803(6) and 902(11).  Said records are in

the government's possession, have been made available as part of discovery, and bear

the Bates stamps reflected in this notice.  Under the cited rules, live testimony of a

records custodian is not necessary to authenticate these records.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:

*/s/ Candace Garcia Rich*
Candace Garcia Rich
Assistant United States Attorney
Florida Bar No. 027792
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: Candace.Rich@usdoj.gov

**U.S. v. Best et al.**                          **Case No. 8:22-cr-407-SDM-JSS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 7, 2023, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a notice

of electronic filing to the following:

>  Ken Eulo, Jr., Esq.
>  Javier Chavez, Esq.
>  Philip Matthew Luka, Esq.

>  */s/ Candace Garcia Rich*
>  Candace Garcia Rich
>  Assistant United States Attorney
>  Florida Bar No. 027792
>  400 N. Tampa Street, Suite 3200
>  Tampa, Florida 33602-4798
>  Telephone:  (813) 274-6000
>  Facsimile:  (813) 274-6358
>  E-mail: Candace.Rich@usdoj.gov