# Exhibit A

## HILLSBOROUGH COMMUNITY COLLEGE AFFIDAVIT

I, Dayaghan Pendharkar, hereby certify that the following (please state type of record):

The college has provided two spreadsheets which contained data for the check investigation. These spreadsheets were created using different queries to select raw data from the database where the college ERP system stores data. The files are

1. Check investigation.xlsx
2. AR_INVOICES-for_6_Checks.xlsx

_____
Signature of Record Custodian

Dayaghan Pendharkar,
Vice President,
Information Technology and CIO
Hillsborough Community College
4115 N. Lois Avenue
Tampa, Florida 33614
813.253.7091

Address and phone number of Record Custodian

_____

Sworn to and subscribed before me at **Hillsborough Community College**

This **06th** day of **November**, 2023

_____
Signature of Notary Public- State of Florida

Jacqueline Jackson
Print, Type or Stamp Commissioned Name of Notary and Date Commission Expires

Personally known ✓ or Produced Identification ___

Notary Public State of Florida
Jacqueline Jackson
My Commission HH 063165
Expires 11/12/2024

_____
Type of Identification Produced