Falinda Holland Rios
421 Toney Penna Drive Apt. 140
Jupiter, Florida 33458

May 31, 2024

Dear Honorable Judge Steven Merryday:

My name is Falinda Holland Rios. I have personally known Lester Best for 24 years. My entire family and I met Lester through my brother Kevin. He has been a person who has exemplified true Christian dedication towards people. My brother struggled with drug addiction for many years. My mother would call Lester to try and assist with getting my brother off the streets, and going to rehab for help. Lester would leave his wife and children (with his wife in agreement) in Tampa, and drive all the way to South Florida. He would pick my brother up and bring him back to Tampa to start a new life; as well as a change scenery. He allowed my brother to come in his home, work in his landscaping company that he had at the time, and come in the presence of his family, while my brother was working on changing his life. This did not happen one time, but on many times throughout the years. It was never a time that Lester said no, or was too busy for my family. That is the epitome of a true friend through word, action, and deed.

There has never been a time that my family was visiting Tampa that we had to stay in a hotel. He would always open his home to our family.

My father was terminally ill and prior to passing, Lester came and pressure washed the house, sidewalks, and the driveways. He showed my father so much love and compassion before he transitioned. This is the type of character that Lester displayed.

Thank you for allowing me to express my support for my long-time friend Lester Best. If you have any questions you can contact me by phone at (561) 768-1337.

Sincerely,

*Falinda Rios*
Falinda Holland Rios